# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 01:16-CR-430-4-ELR-LTW |
| ALFREDO ROMERO-HERNANDEZ, | |
| Defendant. | |

# O R D E R

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Linda T. Walker. (Doc. 391.) Judge Walker recommends that Defendant's motion (Doc. 362) to dismiss counts be denied. After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly the Court **ADOPTS** the R&R (Doc. 391) as the opinion of this Court. For the reasons stated in the R&R, the Court **DENIES** Defendant's motion (Doc. 362) to dismiss counts.

**SO ORDERED**, this 4th day of March, 2019.

Eleanor L. Ross
United States District Judge
Northern District of Georgia